UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 16-8337-MWF(SSx)**　　　　　　　　Date: **September 21, 2017**

Title:　　Maria Margarita Macias -*v*- CIGNA Health and Life Insurance Company, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　　　None　　　　　　　　　　　　　　　　　　　　None

PROCEEDINGS (IN CHAMBERS):　ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

　　　Plaintiff is ordered to show cause, in writing, no later than **September 29, 2017**, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause: **A voluntary dismissal of defendant <u>Danielle Stark</u>, or an application for entry of default.**

　　　No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.　　　IT IS SO ORDERED.

MINUTES FORM 90　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　cw
CIVIL - GEN